pression that the case was fairly submitted to the jury, and that no error which would warrant us in awarding a new trial has been disclosed. We are not inclined to disturb the result.

No error.

---

SHANNON B. LONG v. SEABOARD AIR LINE RAILROAD COMPANY.

(Filed 19 April, 1950.)

APPEAL by defendant from *Harris, J.,* at October Term, 1949, of WAKE.

Civil action to recover damages for personal injuries resulting from the alleged negligent acts of the defendant.

The defendant, in apt time, filed a motion to strike certain allegations from the complaint, on the ground that they are "irrelevant, redundant and indefinite, and are statements of conclusions and not facts."

The court below being of the opinion the motion should not be granted, denied it and entered judgment accordingly.

The defendant appeals and assigns error.

*Douglass & McMillan for plaintiff.*
*Murray Allen for defendant.*

PER CURIAM. We concur in the ruling of the court below and affirm the judgment, on the authority of *Long v. Love,* 230 N.C. 535, 53 S.E. 2d 661.

Affirmed.

---

STATE v. ANALPHUS LEE TILLEY.

(Filed 19 April, 1950.)

APPEAL by defendant from *Frizzelle, J.,* and a jury, at October Term, 1949, of WAKE.

The defendant was charged with aiding and abetting one Allen Dickens in the commission of a misdemeanor, to wit, the unlawful operation of a motor vehicle upon a public highway while under the influence of intoxicating liquor. The jury found the defendant guilty as charged, and the court imposed judgment on the verdict. The defendant appealed, assign-